**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN R. SEXTON, JR., | No. C 11-3460 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR DISPOSITIVE MOTION |
| v. | |
| SAN FRANCISCO SHERIFF DEPARTMENT, et al., | |
| Defendants. | (Docket No. 13) |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court GRANTS defendants' motion for an extension of time to file their dispositive motion. Defendants' motion is due no later than **thirty days** from the filing date of this order. Plaintiff's opposition to the dispositive motion is due no later than **thirty days** thereafter. Defendants shall file a reply brief **fifteen (15) days** thereafter.

This order terminates docket no. 13.

IT IS SO ORDERED.

Dated: _____

RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.11\Sexton460eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVIN R. SEXTON JR,

        Plaintiff,

  v.

SF SHERIFF DEPT. et al,

        Defendant.

Case Number: CV11-03460 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin R. Sexton 583281
10686200
850 Bryant Street
San Francisco, CA 94103

Dated: March 6, 2012

                                     Richard W. Wieking, Clerk
                                     By: Jackie Lynn Garcia, Deputy Clerk