*E-FILED on 7/31/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN R. SEXTON, JR., | ) | No. C 11-3460 RMW (PR) |
| Plaintiff, | ) ) | ORDER PROVIDING PLAINTIFF NOTICE AND WARNING; |
| v. | ) ) | SCHEDULING SUPPLEMENTAL BRIEFING |
| SAN FRANCISCO SHERIFF DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants have moved to dismiss this action for failure to exhaust. Although given the opportunity, Plaintiff has not filed an opposition. Pursuant to Woods v. Carey, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6, 2012), plaintiff is given the following notice and warning for a second time:

> **If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking to have your case dismissed. If the motion is granted it will end your case.**
>
> **You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies. Such evidence may be in the form of declarations (statements signed under penalty of perjury) or**

Order Providing Plaintiff Notice and Warning; Scheduling Supplemental Briefing
G:\PRO-SE\SJ.Rmw\CR.11\Sexton460woods.wpd

1    **authenticated documents, that is, documents accompanied by a declaration showing**
2    **where they came from and why they are authentic, or other sworn papers, such as**
3    **answers to interrogatories or depositions.**
4        **If defendants file a motion to dismiss and it is granted, your case will**
5    **be dismissed and there will be no trial.**
6  See also Wyatt v. Terhune, 315 F.3d 1108, 1120 n.4 (9th Cir. 2003).
7      Although the deadline for plaintiff to file an opposition has already passed, in light of
8  Woods, plaintiff may file a supplemental opposition within 14 days of this order.  Defendants
9  shall file a supplemental reply to any supplemental opposition within 7 days thereafter.
10     IT IS SO ORDERED.
11  DATED:   ï ÐÍÐFG

   *Ronald M. Whyte*
   RONALD M. WHYTE
12                                United States District Judge

Order Providing Plaintiff Notice and Warning; Scheduling Supplemental Briefing
G:\PRO-SE\SJ.Rmw\CR.11\Sexton460woods.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVIN R. SEXTON JR,

        Plaintiff,

  v.

SF SHERIFF DEPT. et al,

        Defendant.

Case Number: CV11-03460 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin R Sexton
10686200
307 Oeana Drive
Pittsburg, CA 94565

Dated: July 31, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk