1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN R. SEXTON, JR., | ) | No. C 11-3460 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| SAN FRANCISCO SHERIFF DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

The court has dismissed the instant civil rights complaint for failure to exhaust administrative remedies. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.11\Sexton460jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVIN R. SEXTON JR,

        Plaintiff,

  v.

SF SHERIFF DEPT. et al,

        Defendant.

Case Number: CV11-03460 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin R Sexton
10686200
307 Oeana Drive
Pittsburg, CA 94565

Dated: July 31, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk